IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

OMEGA DUPONT, #245 810              *

    Petitioner,                              *

    v.                                            *      2:10-CV-258-ID
                                                                (WO)
KENNETH JONES, WARDEN, *et al.*,    *

    Respondents.                          *

_____

**ORDER ON MOTION**

Petitioner seeks an extension of time to comply with the court's May 12, 2010 order granting him an opportunity to reply to Respondents' answer. Petitioner's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Petitioner's Motion for Extension of Time (*Doc. No. 15*) is GRANTED *nunc pro tunc*;

2. Petitioner is GRANTED an extension from June 2, 2010 to and including June 9, 2010 to file a reply to Respondents' answer.

Done, this 22nd day of June 2010.

                                         /s/ Terry F. Moorer
                                         TERRY F. MOORER
                                         UNITED STATES MAGISTRATE JUDGE