IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| OMEGA DUPONT, #245810, | ) |
|     Petitioner, | ) |
| v. | ) CASE NO. 2:10-cv-258-MEF |
| KENNETH JONES, *et al.*, | ) |
|     Respondents. | ) |

# **O R D E R**

On October 15, 2012, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The petition for habeas corpus relief filed by Petitioner Omega Dupont is DENIED and DISMISSED with prejudice.

DONE this the 8th day of November, 2012.

                                                       /s/ Mark E. Fuller
                                            UNITED STATES DISTRICT JUDGE